# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

X _Andrea Messner_ X _____
Borrower                                Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☑ Conventional ☐ Other (explain): |  | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
|  | ☐ FHA ☐ USDA/Rural Housing Service |  |  |  |
| Amount $ 1,063,050 | Interest Rate 8.900 % | No. of Months 480/360 | Amortization Type: ☐ Fixed Rate ☐ GPM | ☐ Other (explain): ☑ ARM (type): 2/28 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 1721 GALLOWAY CIRCLE, INVERNESS, IL 60010   County: COOK    No. of Units: 1

Legal Description of Subject Property (attach description if necessary)    Year Built:

Purpose of Loan  ☑ Purchase  ☐ Construction  ☐ Other (explain):    Property will be: ☑ Primary Residence ☐ Secondary Residence ☐ Investment
☐ Refinance  ☐ Construction-Permanent

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements   Cost: $ | ☐ made  ☐ to be made |

Title will be held in what Name(s): ALAN C MESSNER, ANDREA M MESSNER    Manner in which Title will be held: Joint tenants    Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain):

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | ANDREA M MESSNER | |
| Social Security Number | | |
| Home Phone | | |
| DOB (mm/dd/yyyy) | | |
| Yrs. School | 14 | |
| Marital Status | ☑ Married ☐ Separated ☐ Unmarried | ☐ Married ☐ Separated ☐ Unmarried |
| Dependents | no. ___ ages ___ | no. ___ ages ___ |
| Present Address | 1286 LAKEVIEW DRIVE, PALATINE, IL 60067  ☑ Own ☐ Rent  10 No. Yrs. | ☐ Own ☐ Rent ___ No. Yrs. |
| Mailing Address, if different | | |

If residing at present address for less than two years, complete the following:

| Former Address | ☐ Own ☐ Rent ___ No. Yrs. | ☐ Own ☐ Rent ___ No. Yrs. |
| Former Address | ☐ Own ☐ Rent ___ No. Yrs. | ☐ Own ☐ Rent ___ No. Yrs. |

| | Borrower | IV. EMPLOYMENT INFORMATION | | Co-Borrower | |
|---|---|---|---|---|---|
| Name & Address of Employer<br>CHARMED LIMITED (retail) | ☑ Self Employed | Yrs. on this job<br>4 yr(s)<br>Yrs. employed in this line of work/profession<br>15 | Name & Address of Employer | ☐ Self Employed | Yrs. on this job<br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business<br>PRESIDENT | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ |
|---|---|---|---|---|---|
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 18,723.69 | $ | $ 18,723.69 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,244.00 | $ 8,118.21 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 68.00 | 150.67 |
| Dividends/Interest | | | | Real Estate Taxes | 704.00 | 848.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 8.33 |
| | | | | Other: | | |
| Total | $ 18,723.69 | $ | $ 18,723.69 | Total | $ 3,016.00 | $ 9,125.21 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | | Monthly Amount |
|---|---|---|---|
| | | | $ |
| | | | |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp2.frm 09/05

Page 2 of 5    Borrower _/s/_
Co-Borrower

Freddie Mac Form 65  07/05

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed  ☑ Jointly   ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: EM | $ 25,000 | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company OPTION ONE MORTGAGE CO 3 ADA IRVINE, CA 92618 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union HARRIS BANK | 25,614.40 | | | |
| | | Acct. no. 6470019149400 | (2,244) | 359,000 |
| Acct. no. 2910578992 | $ 22,811 | Name and address of Company CBUSASEARS 133200 SMITH RD CLEVELAND, OH 44130 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union EDWARD JONES Investment | | | | |
| | | Acct. no. 504994016620 | 10 | 590 |
| Acct. no. 556-11053-1-2 | $ 24,000 | Name and address of Company HSBC/BSBUY PO BOX 15519 WILMINGTON, DE 19850 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 271324 | 33 | 315 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value Face amount: $ | $ | | | |
| **Subtotal Liquid Assets** | $ 71,811 | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 735,000 | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 43 | |
| **Total Assets a.** | $ 806,811 | Net Worth (a minus b) => $ 446,906 | **Total Liabilities b.** $ | 359,905 |

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1286 LAKEVIEW DRIVE PALATINE, IL 60067   R | SFR | $ 735,000 | $ 359,000 | $ 3,900 | $ 2,244 | $ 772 | $ |
| | | | | | | | |
| | Totals | $ 735,000 | $ 359,000 | $ 3,900 | $ 2,244 | $ 772 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

Fannie Mae Form 1003  07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower
Co-Borrower

Freddie Mac Form 65  07/05

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 1,119,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | |
| f. Estimated closing costs | 2,850.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 1,121,850.00 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| Cash Deposit | 25,000.00 |
| RE TAX CREDIT | 6,784.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 1,063,050.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 1,063,050.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 27,016.00 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X /s/ Iviankesney | Date 8-25-06 | Co-Borrower's Signature X | Date |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian   ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian   ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☑ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☑ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) IGOR DAVYDOV | | Name and Address of Interviewer's Employer Millennium Mortgage Corporation |
|---|---|---|---|
| This application was taken by: | Interviewer's Signature | Date | 1945 Techny Road, Suite 8 |
| ☐ Face-to-face interview | | | Northbrook, IL 60062 |
| ☐ Mail | Interviewer's Phone Number (incl. area code) | | (P) 847-205-9955 |
| ☑ Telephone | | | (F) 847-205-9944 |
| ☐ Internet | | | |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp4.frm 09/05

Page 4 of 5

Freddie Mac Form 65  07/05

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower: *Andrea Messner*    Co-Borrower: _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: |
|---|---|---|---|
| $ 1,063,050 | 8.900 % | 480/360 | ☐ Fixed Rate  ☐ Other (explain): ☐ GPM  ☑ ARM (type) 2/28 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 1721 GALLOWAY CIRCLE, INVERNESS, IL 60010  County: COOK    No. of Units: 1

Legal Description of Subject Property (attach description if necessary)    Year Built:

Purpose of Loan: ☑ Purchase  ☐ Construction  ☐ Other (explain):  ☐ Refinance  ☐ Construction-Permanent

Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
|---|---|---|---|---|---|
| | $ | $ | | Cost: $ | |

Title will be held in what Name(s): ALAN C MESSNER, ANDREA M MESSNER

Manner in which Title will be held: Joint tenants

Estate will be held in: ☑ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (Include Jr. or Sr. if applicable) | ANDREA M MESSNER | |
| Social Security Number | | |
| Home Phone (incl. area code) | | |
| DOB (mm/dd/yyyy) | | |
| Yrs. School | 14 | |
| Marital Status | ☑ Married  ☐ Separated  ☐ Unmarried (include single, divorced, widowed) | ☐ Married  ☐ Separated  ☐ Unmarried (include single, divorced, widowed) |
| Dependents (not listed by Co-Borrower) | no. ___  ages ___ | no. ___  ages ___ |
| Present Address (street, city, state, ZIP) | ☑ Own  ☐ Rent  10 No. Yrs. 1286 LAKEVIEW DRIVE PALATINE, IL 60067 | ☐ Own  ☐ Rent  ___ No. Yrs. |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) | ☐ Own  ☐ Rent ___ No. Yrs | ☐ Own  ☐ Rent ___ No. Yrs |
|---|---|---|
| Former Address (street, city, state, ZIP) | ☐ Own  ☐ Rent ___ No. Yrs | ☐ Own  ☐ Rent ___ No. Yrs |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp1.frm 09/05

Page 1 of 5

Borrower: *AM*    Co-Borrower: _____

Freddie Mac Form 65  07/05

## IV. EMPLOYMENT INFORMATION

| Borrower | | | | Co-Borrower | | |
|---|---|---|---|---|---|---|
| Name & Address of Employer<br>**CHARMED LIMITED (retail)** | ☑ Self Employed | Yrs. on this job<br>4 yr(s)<br>Yrs. employed in this line of work/profession<br>15 | | Name & Address of Employer | ☐ Self Employed | Yrs. on this job<br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business<br>**PRESIDENT** | | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ | | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ |
|---|---|---|---|---|---|---|
| Position/Title/Type of Business | | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ | | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ | | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ | | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br>Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 22,800.00 | $ | $ 22,800.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,244.00 | $ 8,118.21 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 68.00 | 84.00 |
| Dividends/Interest | | | | Real Estate Taxes | 704.00 | 848.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 8.33 |
| | | | | Other: | | |
| Total | $ 22,800.00 | $ | $ 22,800.00 | Total | $ 3,016.00 | $ 9,058.54 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp2.frm 09/05

Page 2 of 5    Borrower
Co-Borrower

Freddie Mac Form 65  07/05

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed  ☒ Jointly  ☐ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES (Liabilities and Pledged Assets) | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: EM | $ 25,000 | | | |
| *List checking and savings accounts below* | | Name and address of Company OPTION ONE MORTGAGE CO 3 ADA IRVINE, CA 92618 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union HARRIS BANK | | | | |
| | | Acct. no. 6470019149400 | (2,244) | 359,000 |
| Acct. no. 2910578992 | $ 22,811 | Name and address of Company CBUSASEARS 133200 SMITH RD CLEVELAND, OH 44130 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union EDWARD JONES Investment | | | | |
| | | Acct. no. 504994016620 | 10 | 590 |
| Acct. no. 556-11053-1-2 | $ 24,000 | Name and address of Company HSBC/BSBUY PO BOX 15519 WILMINGTON, DE 19850 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 271324 | 33 | 315 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ 71,811 | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 735,000 | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (childcare, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 43 | |
| **Total Assets a.** | $ 806,811 | Net Worth (a minus b) => $ 446,906 | **Total Liabilities b.** | $ 359,905 |

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1286 LAKEVIEW DRIVE PALATINE, IL 60067 | R SFR | $ 735,000 | $ 359,000 | $ 3,900 | $ 2,244 | $ 772 | $ -91 |
| | | | | | | | |
| | Totals | $ 735,000 | $ 359,000 | $ 3,900 | $ 2,244 | $ 772 | $ -91 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

Borrower: [signature]
Co-Borrower:

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ 1,119,000.00 | |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | |
| f. Estimated closing costs | 2,850.00 | |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | 1,121,850.00 | |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits (explain)<br>Cash Deposit<br>RE TAX CREDIT | 25,000.00<br>6,784.00 | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 1,063,050.00 | |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | 1,063,050.00 | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 27,016.00 | |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

|   | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined by applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| /s/ Andrea Manafort | 8-15-06 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian  ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian  ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☑ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☑ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | | | |
|---|---|---|---|
| This application was taken by: | Interviewer's Name (print or type)<br>IGOR DAVYDOV | | Name and Address of Interviewer's Employer<br>**Millennium Mortgage Corporation**<br>1945 Techny Road, Suite 8<br>Northbrook, IL 60062<br>(P) 847-205-9955<br>(F) 847-205-9944 |
| ☐ Face-to-face interview | Interviewer's Signature | Date | |
| ☐ Mail | | | |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | | |
| ☐ Internet | 847-205-9955 | | |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp4.frm 09/05

Page 4 of 5

Freddie Mac Form 65  07/05

Date: August 25, 2006

Lender: FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK

Borrower(s): ANDREA MESSNER
ALAN C. MESSNER

Loan Number:

Property Address: 1721 GALLOWAY CIR
INVERNESS, IL 60010

## WARRANTY AND COMPLIANCE AGREEMENT

In order to induce the lender to make the above loan and in consideration thereof, the undersigned borrower(s):

1. Warrants and represents to the lender that all information it or its agents have provided to the lender, including without limitation all information contained in the loan application and all documents associated therewith, is true and accurate in all respects as of the date below. In making this statement, the borrower understands that (a) the lender has relied on the accuracy of such information in its decision to make the loan, and (b) if any of such information is inaccurate, the lender or its assignee may foreclose or cancel the loan and pursue other legal remedies, including damages for fraud **UNDER THE PROVISIONS OF THE DEED OF TRUST, ITEM 6.**

2. Agrees that if any document evidencing the loan does not correctly or accurately reflect the terms of loans offered by lender in the program under which the undersigned applied, including, but not limited to, maturity date, interest rate, refinance options, etc., or is not on a form approved for such program as a result of a mistake or clerical error by lender, whether such mistake or error is mutual or unknown to the undersigned, the undersigned will:

   (a) execute and/or initial modifications, amendments, or replacement documents as necessary to accurately and correctly reflect the terms of the loan or to ensure the loan is evidenced by the proper documentation; and

   (b) take such other actions as the lender may reasonably request under the circumstances to correct such mistake or clerical error.

In this connection, the undersigned acknowledges that the lender is a mortgage banker which only makes loans that meet criteria established and/or approved by secondary market investors to whom many of the loans it makes are ultimately sold. The undersigned further understands that the lender only offers loan programs which are approved by such investors or meet their established criteria, that any failure to perform the covenants and promises set forth in this agreement may render a loan unmarketable and thereby result in loss or damage to the lender, and that the undersigned's execution of this agreement and willingness to perform the obligations assumed herein are material to the lender's decision to make the loan.

_Andrea Messner_ 8-25-06          _Alan C. Messner_ 8-25-06
ANDREA MESSNER        Date        ALAN C. MESSNER       Date

_____ Date        _____ Date

STATE OF Illinois
COUNTY OF Cook

On this 25th day of Aug., 2006 in the year of _____, before me, the undersigned, a Notary Public in and for said State, personally appeared ANDREA MESSNER, ALAN C. MESSNER

personally known to me (or proved on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Patricia Dimas_
Notary Public in and for said State.

OFFICIAL SEAL
PATRICIA DIMAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/02/10

ITEM 54238L0 (9910)   MFCD6057

4000979675   GREATLAND ■
To Order Call: 1-800-530-9393 □Fax 616-791-1131