UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Case No.   13-223 (ABJ) |
| v. | : | Sentencing Hearing: February 5, 2014 |
| ALAN MESSNER | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The United States of America respectfully moves this Court for leave to late-file the attached two-page supplemental memorandum in aid of sentencing.  The government has advised counsel for defendant of the substance of this supplement; she has indicated she does not oppose this motion.  This supplemental memorandum is submitted solely to incorporate an incident inadvertently omitted from the government's original memorandum.  Because the incident is relevant to Messner's history and characteristics and should be considered by the Court under the Section 3553(a) sentencing factors, the government respectfully requests that the Court grant its motion and accept the memorandum for filing.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By: _____/s/_____
Jonathan P. Hooks
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6731
Jonathan.Hooks@usdoj.gov

Dated: January 28, 2014